**Order entered March 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00252-CV

**ERIN WALKER, Appellant**

**V.**

**PEGASUS EVENTING, LLC, ET AL., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 100256-422**

## ORDER

Before the Court is the March 1, 2019 request of Donna Gehl, Official Court Reporter for the 422nd Judicial District Court, requesting an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 19, 2019**.

/s/ ERIN A. NOWELL
JUSTICE